1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   KATHERINE L. WAWRZYNIAK (CABN 252751)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7317
      FAX: (415) 436-7234
8     john.hemann@usdoj.gov
      katherine.wawrzyniak@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 17-00087 HSG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| | ) | |
| v. | ) | |
| | ) | |
| MARC TERBEEK, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

The above-captioned matter is currently scheduled for a sentencing hearing on Monday, May 22, 2017, at 2:00 p.m. Because defendant's cooperation is ongoing, and the defendant is expected to testify in the trial of the related case, *United States v. Daniel Rush*, CR 15-0454 HSG, set to begin on May 8, 2017, the parties request and stipulate that the hearing be continued approximately 90 days, to Monday, August 21, 2017 at 2:00 p.m.

IT IS SO STIPULATED.

DATED: April 10, 2017

BRIAN J. STRETCH
United States Attorney

/s/
JOHN H. HEMANN
KATHERINE L. WAWRZYNIAK
Assistant United States Attorneys

DATED: April 10, 2017

/s/
EDWARD SWANSON
AUGUST GUGELMANN
Counsel for Defendant Marc TerBeek

**[PROPOSED] ORDER**

Based on the parties' stipulation, and for good cause shown, the sentencing hearing in the above-captioned matter is hereby continued to Monday, August 21, 2017 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 4/10/2017

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge