BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7317
    FAX: (415) 436-7234
    john.hemann@usdoj.gov
    katherine.wawrzyniak@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 17-00087 HSG |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) SENTENCING HEARING |
| v. | ) |
| | ) |
| MARC TERBEEK, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**STIPULATION**

1.    The above-captioned matter is currently scheduled for a sentencing hearing on Monday, October 23, 2017, at 2:00 p.m.

2.    The defendant in the related case *United States v. Daniel Rush*, CR 15-0454 HSG, is set to be sentenced on November 13, 2017. Defendant TerBeek cooperated against Mr. Rush, and it is possible that, as part of his cooperation, Mr. TerBeek will be called to testify at the Rush sentencing.

3.    U.S. Probation is still in the process of completing the Presentence Investigation Reports (PSRs) for both Mr. TerBeek and Mr. Rush.

4.    Therefore, the parties request and stipulate that Mr. TerBeek's sentencing hearing be

continued to Monday, November 27, 2017, at 2:00 p.m.

**IT IS SO STIPULATED.**

DATED: September 20, 2017

BRIAN J. STRETCH
United States Attorney

_____/s/_____
JOHN H. HEMANN
KATHERINE L. WAWRZYNIAK
Assistant United States Attorneys

DATED: September 20, 2017

_____/s/_____
EDWARD SWANSON
AUGUST GUGELMANN
Counsel for Defendant Marc TerBeek

### **ORDER**

Based on the parties' stipulation, and for good cause shown, the sentencing hearing in the above-captioned matter is hereby continued to Monday, November 27, 2017, at 2:00 p.m.

IT IS SO ORDERED.

DATED: September 21, 2017

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge